UNITED STATES of America,
Plaintiff–Appellee,

v.

Terry Lee GREEN, Defendant–
Appellant.

No. 03–6633.

United States Court of Appeals,
Fourth Circuit.

Submitted July 24, 2003.

Decided July 31, 2003.

Terry Lee Green, Appellant Pro Se. Rose Mary Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Terry Lee Green appeals the district court's order denying his motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2002). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See*

*United States v. Green,* No. CR–99–558 (D.S.C. Mar. 28, 2003). Green's motion for general relief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*